JOEL ISRAEL (State Bar No.: 228587)
DARREN NICHOLSON (*Pro Hac Vice* to be filed)
**SAYLES | WERBNER PC**
1201 Elm St., Suite 4400
Dallas, Texas 75217
Telephone: (214) 939-9832
Facsimile: (214) 939-8787

Attorneys for Defendants JAY SIMON, JEFF SIMON, and CASINO SUPPLY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BALLY GAMING, INC., a Nevada corporation d/b/a/ Bally Technologies<br><br>Plaintiff,<br><br>vs.<br><br>JAY SIMON, an individual; JEFF SIMON, an individual; and CASINO SUPPLY COMPANY; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:15-CV-3202<br><br>**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

159535v1

- 1 -

**OFFER OF JUDGMENT**

**TO PLAINTIFF BALLY GAMING, INC. AND ITS ATTORNEY OF RECORD:**

Defendants JAY SIMON, JEFF SIMON, and CASINO SUPPLY COMPANY ("Defendants") hereby offer to consent to the jurisdiction of the United States District Court for the Central District of California for the purpose of allowing entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. A judgment in favor of plaintiff BALLY GAMING, INC. ("Plaintiff") and against Defendants, jointly and severally, in the sum of $7,574 (seven thousand five hundred seventy-four dollars) less the amount of costs accrued in favor of the Plaintiff, with the result that the total judgment amount, including recoverable costs, which Defendants shall be obligated to pay shall be $7,574. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all costs of suit, interest, and/or attorneys' fees otherwise recoverable in this action by Plaintiff.

2. An order enjoining Defendants from using, manufacturing, selling, offering for sale, displaying, advertising, promoting, registering, transferring, assigning, any trademark, logo, design, or source designation of any kind on or in connection with Defendants' goods, products, services, promotional items, domain names, or websites that uses the term "Blackjack Switch" as set forth in federal trademark registration, Reg. No. 2,687,935 issued by the USPTO on February 18, 2003.

This offer is not an admission of liability by the Defendants but rather is made solely for the purpose of compromising a disputed claim.

If Plaintiff does not accept this offer, Plaintiff may become obligated to pay Defendants' costs incurred after the making of this offer and have any award of attorneys' fees capped as of the date of this offer.

    To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.  Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), notice of acceptance should be provided electronically to counsel of record Darren Nicholson at DNicholson@swtriallaw.com.

DATED: May 14, 2015

JOEL ISRAEL
DARREN NICHOLSON
**SAYLES | WERBNER P.C.**

By: _____

Darren Nicholson

Attorneys for Defendants JAY SIMON, JEFF SIMON, and CASINO SUPPLY COMPANY

159535v1

**OFFER OF JUDGMENT**