ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
DAN LIU - State Bar No. 287074
dliu@glaserweil.com
GLASER WEIL FINK HOWARD
　AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiff*
*Bally Gaming, Inc. d/b/a Bally Technologies*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BALLY GAMING, INC., a Nevada corporation d/b/a Bally Technologies,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAY SIMON, an individual, JEFF SIMON, an individual, CASINO SUPPLY COMPANY, and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO.: 2:15-CV03202<br><br>**PLAINTIFF BALLY GAMING, INC.'S ACCEPTANCE OF DEFENDANTS JAY SIMON, JEFF SIMON, AND CASINO SUPPLY COMPANY'S OFFER OF JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Bally Gaming, Inc. d/b/a Bally Technologies, Inc. hereby accepts Defendants Jay Simon, Jeff Simon, and Casino Supply Company's Offer of Judgment dated May 14, 2015, which is attached hereto as Exhibit A.

DATED: May 28, 2015

Respectfully submitted,

GLASER WEIL FINK
  HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Adrian M. Pruetz
  ADRIAN M. PRUETZ
  ERICA J. VAN LOON
  DAN LIU
  Attorneys for Plaintiff
  Bally Gaming, Inc.