JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BALLY GAMING, INC. a Nevada corporation d/b/a Bally Technologies,<br><br>Plaintiff,<br><br>v.<br><br>JAY SIMON, an individual; JEFF SIMON, an individual; and CASINO SUPPLY COMPANY; and DOES 1-10,<br><br>Defendants. | CASE NO.:<br>2:15-CV-03202-MMM(GJSx)<br><br>[~~PROPOSED~~] JUDGMENT |

Having considered the Complaint on file in this Action, Defendants Jay Simon, Jeff Simon, and Casino Supply Company's ("Defendants") Offer of Judgment, and Plaintiff Bally Gaming, Inc. d/b/a Bally Technologies' ("Plaintiff") Acceptance of the Offer of Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendants hereby consent to the jurisdiction of this Court for the purpose of allowing entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure.

2. This Court shall take judgment in favor of Plaintiff Bally Gaming, Inc. ("Plaintiff") and against Defendants, jointly and severally, in the sum of $7,574 (seven thousand five hundred seventy-four dollars) less the amount of costs accrued in favor of the Plaintiff, with the result that the total judgment amount, including recoverable costs, which Defendants shall be obligated to pay shall be $7,574. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all costs of suit, interest, and/or attorneys' fees otherwise recoverable in this action by Plaintiff.

3. Defendants shall be enjoined from using, manufacturing, selling, offering for sale, displaying, advertising, promoting, registering, transferring, assigning any trademark, logo, design, or source designation of any kind on or in connection with Defendants' goods, products, services, promotional items, domain names, or websites that uses the term "Blackjack Switch" as set forth in federal trademark registration, Reg. No. 2,687,935 issued by the USPTO on February 18, 2003.

4. This Judgment shall not be construed as an admission of liability by the Defendants but rather is made solely for the purpose of compromising a disputed claim.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: May 29, 2015                By: *Margaret M. Morrow*

                                                Hon. Margaret M. Morrow
                                                United States District Court Judge

1035169